IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAMBRECHT FARMS, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware corporation;<br><br>Defendant. | **8:25CV335**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 30).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs and attorney fees.

Dated this 5th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge